1  David M. Goodrich, State Bar No. 208675
   dgoodrich@wgllp.com
2  **WEILAND GOLDEN GOODRICH LLP**
   650 Town Center Drive, Suite 600
3  Costa Mesa, California 92626
   Telephone   714-966-1000
4  Facsimile   714-966-1002

5  Counsel for Timothy Yoo,
   Chapter 7 Trustee

6

7

8            **UNITED STATES BANKRUPTCY COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10              **LOS ANGELES DIVISION**

11 | In re | Case No. 2:18-bk-10549-BR

12 | FORESIGHT MANAGEMENT SERVICES, LLC, | Chapter 7

13 | | **STIPULATION FOR ENTRY OF ORDER AUTHORIZING EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**
             Debtor.

14

15 | | [No Hearing Required]

16

17 | | Proposed Examination:
       DATE:        August 22, 2018
       TIME:        1:00 p.m.
18     PLACE:       8200 Wilshire Blvd., #400
                    Beverly Hills, CA 90211

19

20

21        **TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY**

22  **JUDGE:**

23        Timothy Yoo, the Chapter 7 trustee ("Trustee") of the estate ("Estate") of Foresight

24  Management Services, LLC ("Debtor"), and James Preimesburger ("Mr. Preimesburger")

25  (collectively, "Parties"), through their counsel of record, stipulate to an order authorizing

26  the examination of Mr. Preimesburger pursuant to Federal Rule of Bankruptcy Procedure

27  ("FRBP") 2004 based upon the following recitals:

28

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

## RECITALS

A.     The Debtor filed a Chapter 7 bankruptcy petition ("Petition") on January 17, 2018, in the United States Bankruptcy Court, Central District of California, Case No. 2:18-bk-10549-BR.  Thereafter, Timothy Yoo was appointed as the Chapter 7 Trustee of the Debtor's Estate.

B.     The Debtor is one of several companies that are owned by the same parent company (Meridian Health Services Holdings) and that have filed bankruptcy petitions. Among them are: Vista Del Sol Health Services, Inc. ("Vista Del Sol"), Case No. 2:16-bk-25437-WB; TY Five Star Corporation ("TY Five Star"), Case No. 2:17-bk-13687-RK; McClure Convalescent Hospital ("McClure"), Case No. 2:17-bk-18581-BR; Valley Pointe Nursing and Rehabilitation Center ("Valley Pointe"), Case No. 2:17-bk-18661-BB; Meridian Health Services Corporation ("Meridian"), Case No. 2:17-bk-25572-SK; and San Bruno Skilled Nursing Hospital, Inc. ("San Bruno"), Case No. 2:17-bk-23340 RK.[1]

C.     According to the Petition, Mr. Preimesburger is the managing member of the Debtor.

D.     The Trustee requires information for the effective administration of the Estate and seeks to examine Mr. Preimesburger under Federal Rule of Bankruptcy Procedure ("FRBP") 2004 in connection with the Debtor's business and assets.  The Trustee intends to examine Mr. Preimesburger regarding the amount and extent of the accounts receivable listed in Schedule A/B of the Debtor as well as the disposition of sale proceeds, if any, received by the Debtor.

E.     There are no adversary proceedings pending at this time.

**NOW, THEREFORE,** based on the foregoing recitals, the Parties hereby stipulate and agree as follows:

---

[1] An identical stipulation is being filed in each of these cases.

1184060.1

2

STIPULATION

## STIPULATION

1. The Court may, at its own discretion, enter an order providing for an examination of Mr. Preimesburger pursuant to FRBP 2004 ("Examination").

2. Mr. Preimesburger shall appear for the Examination on August 22, 2018, at 1:00 p.m., at The Shinbrot Firm, 8200 Wilshire Blvd., #400, Beverly Hills, California 90211, to be examined regarding the amount and extent of the accounts receivable listed in Schedule A/B of the Debtor as well as the disposition of sale proceeds, if any, received by the Debtor.

3. Mr. Preimesburger will attend the Examination, and such attendance need not be compelled by subpoena pursuant to Local Bankruptcy Rule 2004(c).

4. The Parties further agree that this Stipulation does not restrict the Trustee from conducting any further examination under FRBP 2004, or discovery in any future contested or adversary matters in this case, as necessary in the Trustee's administration of the Estate.

Dated: August 20, 2018

WEILAND GOLDEN GOODRICH LLP

By: /s/ David M. Goodrich
DAVID M. GOODRICH
Counsel for Chapter 7 Trustee
Timothy Yoo

Dated: August 20, 2018

LANDAU GOTTFRIED & BERGER, LLP

By:
MICHAEL GOTTFRIED
Counsel for
James Preimesburger

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 600**
**Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): <u>Stipulation for Entry of Order Authorizing</u>
<u>Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004</u>
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
<u>August 20, 2018,</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) <u>August 20, 2018,</u> I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | |
|---|---|
| Foresight Management Services, LLC<br>PO Box 3350<br>San Ramon, CA 94583 | Michael Gottfried<br>Landau Gottfried & Berger LLP<br>1801 Century Park East, Suite 700<br>Los Angeles, CA 90067 |

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>August 20, 2018,</u> I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

**Served by Overnight Delivery**
Honorable Barry Russell
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/20/2018 | Victoria Rosales | *victoria* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Dawn M Coulson    dcoulson@eppscoulson.com, cmadero@eppscoulson.com
David M Goodrich    dgoodrich@wgllp.com, vrosales@wgllp.com;kadele@wgllp.com
Patricia H Lyon    phlyon@frenchlyontang.com, mwoodward@frenchlyontang.com
Amanda L Marutzky    amarutzk@wthf.com, bnavarro@watttieder.com
Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Timothy Yoo (TR)    tjytrustee@lnbyb.com, tyoo@ecf.epiqsystems.com;tjy@trustesolutions.net

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**